IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KAREN BOLFIK, )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-013
)
LIBERTY LIFE ASSURANCE COMPANY )
OF BOSTON, )
)
    Defendant. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 24.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of August 2016.

                                 _____
                                 WILLIAM T. MOORE, JR.
                                 UNITED STATES DISTRICT COURT
                                 SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 AUG 19 PM 2:32
CLERK
SO. DIST. GA.